**UNITED STATES of America,**
**Plaintiff-Appellant,**

v.

**S. Sam CALDWELL and Nancy Sue Brown, Defendants-Appellees.**

**No. 84–8787.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 2, 1986.

Jere W. Morehead, Robert S. Stubbs, Asst. U.S. Attys., Atlanta, Ga., for plaintiff-appellant.

Christopher A. Townley, Rossville, Ga., for N. Brown.

William A. Morrison, Atlanta, Ga., for S. Caldwell.

Before KRAVITCH and HATCHETT, Circuit Judges, and WRIGHT *, Senior Circuit Judge.

BY THE COURT:

The parties joint motion to dismiss this appeal and vacate the opinion rendered on September 24, 1985, 771 F.2d 1485, is granted.